UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN IRIZARRY, on his own behalf
and all similarly situated individuals,

    Plaintiff,

v.                                               CASE NO.:8:15-cv-2851-26EAJ

CLASSIC CARPET DYERS, INC. a Florida Profit
Corporation, and
GERALD CIGARRAN, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE**, pursuant to Rule 3.08, *Local Rules, U.S. District Court, Middle District of Florida*, that the parties in the above-styled action have reached a mutual resolution of this matter. Pursuant to said Rule, the undersigned hereby requests that the Court retain jurisdiction over this matter for a period of sixty (60) days for the purpose of entering a joint motion for approval of the settlement or to reopen the case for further proceedings, if necessary.

**Respectfully submitted,**

/s/ Marc R. Edelman
Marc R. Edelman, Esq.
Fla. Bar No. 0096342
Email: Medelman@forthepeople.com
Morgan & Morgan, P.A.
201 N. Franklin Street, #700
Tampa, FL 33602
Telephone 813-223-5505
Fax:  813-257-0572
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November 2016, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system to: Robert Blanchfield, Esq. of Robert Blanchfield, P.A.127West Fairbanks Ave., Winter Park, FL 32789. Bob@Blanchfieldlawfirm.com

          **MORGAN & MORGAN**

          **/s/ Marc R. Edelman**
          Marc R. Edelman, Esq.
          Fla. Bar No. 0096342
          Morgan & Morgan
          201 N. Franklin Street, #700
          Tampa, FL 33602
          Telephone 813-223-5505
          Fax:  813-257-0572
          Attorney for Plaintiff